UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRETT COLLETT,<br><br>    Plaintiff,<br><br>v.<br><br>LOANME, INC.,<br><br>    Defendant. | CASE NO. 2:17-cv-02227-MCE-CKD<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING STIPULATION TO SUBMIT ACTION TO ARBITRATION AND STAY ACTION**<br><br>[No Hearing Required]<br><br>Date Filed: October 24, 2017 |

1. 　　　The Court, having considered the Stipulation to Submit Action to Arbitration and Stay Action (the "Stipulation") entered into between the parties, and finding that good cause exists, hereby orders as follows:

1. The Stipulation is GRANTED.
2. The claims for relief asserted by Plaintiff in his Complaint against Defendant in this action must be submitted to arbitration in accordance with the Note.
3. Plaintiff will commence arbitration before either the American Arbitration Association or JAMS and the arbitration will be conducted in compliance with applicable rules.
4. This action will be stayed pending completion of the arbitration proceeding.
5. The Court will retain jurisdiction with respect to the arbitration award issued in the arbitration proceeding.

**IT IS SO ORDERED.**

**Dated: November 27, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE